**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No.** 2:17-cv-3793

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1.  Female Plaintiff

    Patricia B. Holman

2.  Plaintiff's Spouse (if applicable)

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4.  State of Residence

    Alabama

5.  District Court and Division in which venue would be proper absent direct filing.

    United States District Court for the Northern District of Alabama -

    Southern Division

6.  Defendants (Check Defendants against whom Complaint is made):

    ☒    A. Ethicon, Inc.

    ☒    B. Johnson & Johnson

☐    C.  American Medical Systems, Inc. ("AMS")

☐    D.  Boston Scientific Corporation

☐    E.  C. R. Bard, Inc. ("Bard")

☐    F.  Sofradim Production SAS ("Sofradim")

☐    G.  Tissue Science Laboratories Limited ("TSL")

☐    H.  Mentor Worldwide LLC

☐    I.  Coloplast Corp.

☐    J.  Cook Incorporated

☐    K.  Cook Biotech, Inc.

☐    L.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction

☒    Diversity of Citizenship

☐    Other: _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9, 10, and 11

   _____

   _____

B. Other allegations of jurisdiction and venue:

__N/A_____

_____

_____

_____

8.  Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

☐  Prolift

☐  Prolift +M

☐  Gynemesh/Gynemesh PS

☐  Prosima

☐  TVT

☒  TVT-Obturator (TVT-O)

☐  TVT-SECUR (TVT-S)

☐  TVT-Exact

☐  TVT-Abbrevo

☐  Other

_____

_____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

☐  Prolift

☐  Prolift +M

☐  Gynemesh/Gynemesh PS

☐  Prosima

☐  TVT

☒     TVT-Obturator (TVT-O)

☐     TVT-SECUR (TVT-S)

☐     TVT-Exact

☐     TVT-Abbrevo

☐     Other

_____

_____

10. Date of Implantation as to Each Product:

    06/01/2012

11.  Hospital(s) where Plaintiff was implanted (including City and State):

     St. Vincent's Birmingham, Birmingham, AL

12. Implanting Surgeon(s):

     Dr. Lewis Fowlkes

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☒     Count I – Negligence

    ☒     Count II – Strict Liability – Manufacturing Defect

    ☒     Count III – Strict Liability – Failure to Warn

    ☒     Count IV – Strict Liability – Defective Product

    ☒     Count V – Strict Liability – Design Defect

    ☒     Count VI – Common Law Fraud

    ☒     Count VII – Fraudulent Concealment

    ☒     Count VIII – Constructive Fraud

☒   Count IX – Negligent Misrepresentation

☒   Count X – Negligent Infliction of Emotional Distress

☒   Count XI – Breach of Express Warranty

☒   Count XII – Breach of Implied Warranty

☒   Count XIII – Violation of Consumer Protection Laws

☒   Count XIV – Gross Negligence

☒   Count XV – Unjust Enrichment

☐   Count XVI – Loss of Consortium

☒   Count XVII – Punitive Damages

☒   Count XVIII – Discovery Rule and Tolling

☒   Other Count(s) (Please state factual and legal basis for other claims below):

Spoliation.  The factual and legal bases discussed and cited in Plaintiffs' Motion for

Leave to Amend Complaints (ECF No. 461), especially Exhibit M attached thereto,

which was granted by ECF No. 821.

s/ J. Steve Mostyn
J. Steve Mostyn
Mark Sparks
**MOSTYN LAW**
3810 West Alabama Street
Houston, TX  77027
(713) 714-0000 Telephone
(713) 714-1111 Facsimile

**ATTORNEYS FOR PLAINTIFF**